# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DARRELL W. BORUM, JR.,**

      Plaintiff,

v.     Case No. 8:07-cv-886-T-30TBM

**HOFFMANN-LA ROCHE INC., et al.,**

      Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Voluntary Dismissal Without Prejudice (Dkt. #560 filed in master case 8:04-md-2523-T-30TBM). In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each side to bear its own attorneys' fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 30, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-886.dismissal 560.wpd

Dockets.Justia.com